```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04434
   ANDRE S WASHINGTON
   TANYA M WASHINGTON                           CHAPTER 13

                                                JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-9731     SSN XXX-XX-3500

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/27/2008 and was confirmed 04/21/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------

NCM TRUST                   UNSECURED           841.82          .00           .00
RESCAP MORTGAGE             NOTICE ONLY      NOT FILED          .00           .00
ASSET ACCEPTANCE LLC        UNSECURED           842.69          .00           .00
NATIONWIDE LOANS LIMITED    SECURED VEHIC      3352.00          .00         75.00
UNITED FINANCIAL SERVICE    UNSECURED           250.00          .00           .00
AMERICAN COLLECTION         UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING     UNSECURED          4045.00          .00           .00
COMMONWEALTH EDISON         UNSECURED           401.72          .00           .00
CREDITORS COLLECTION BUR    UNSECURED          4479.72          .00           .00
CREDITORS COLLECTION BUR    UNSECURED       NOT FILED           .00           .00
CREDITORS COLLECTION BUR    UNSECURED       NOT FILED           .00           .00
CREDITORS COLLECTION BUR    UNSECURED       NOT FILED           .00           .00
CREDITORS COLLECTION BUR    UNSECURED       NOT FILED           .00           .00
CREDITORS COLLECTION BUR    UNSECURED       NOT FILED           .00           .00
CREDITORS COLLECTION BUR    UNSECURED       NOT FILED           .00           .00
CREDITORS COLLECTION BUR    UNSECURED       NOT FILED           .00           .00
CREDITORS COLLECTION BUR    UNSECURED       NOT FILED           .00           .00
CREDITORS COLLECTION BUR    UNSECURED       NOT FILED           .00           .00
FIRST CREDIT CORP           UNSECURED          1592.57          .00           .00
HARRIS & HARRIS             UNSECURED       NOT FILED           .00           .00
IC SYSTEMS                  UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE    UNSECURED          4739.93          .00           .00
KS COUNSELORS               UNSECURED       NOT FILED           .00           .00
KS COUNSELORS               UNSECURED       NOT FILED           .00           .00
KS COUNSELORS               UNSECURED       NOT FILED           .00           .00
MEDICAL BUSINESS BUREAU     UNSECURED       NOT FILED           .00           .00
RMI/MCSI                    UNSECURED          3875.00          .00           .00
RMI/MCSI                    UNSECURED       NOT FILED           .00           .00
RMI/MCSI                    UNSECURED       NOT FILED           .00           .00
RMI/MCSI                    UNSECURED       NOT FILED           .00           .00
RMI/MCSI                    UNSECURED       NOT FILED           .00           .00
RMI/MCSI                    UNSECURED       NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 04434 ANDRE S WASHINGTON & TANYA M WASHINGTON
```

```
RMI/MCSI                   UNSECURED      NOT FILED              .00              .00
RMI/MCSI                   UNSECURED      NOT FILED              .00              .00
RMI/MCSI                   UNSECURED      NOT FILED              .00              .00
UNITED FINANCIAL SERVICE   UNSECURED      NOT FILED              .00              .00
US CELLULAR                UNSECURED      NOT FILED              .00              .00
IM INC                     CURRENT MORTG        .00              .00              .00
IM INC                     MORTGAGE ARRE   12851.00              .00              .00
RESCAP MORTGAGE            CURRENT MORTG        .00              .00              .00
RESCAP MORTGAGE            MORTGAGE ARRE        .00              .00              .00
NATIONWIDE LOANS LIMITED   UNSECURED        4984.62              .00              .00
CAPITAL RECOVERY ONE       UNSECURED        1002.27              .00              .00
ILLINOIS DEPT OF REVENUE   UNSECURED         740.20              .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         474.98              .00              .00
INTERNAL REVENUE SERVICE   PRIORITY          109.70              .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,481.50                          2,013.86
TOM VAUGHN                 TRUSTEE                                              181.64
DEBTOR REFUND              REFUND                                                  .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,270.50

PRIORITY                                            .00
SECURED                                           75.00
UNSECURED                                           .00
ADMINISTRATIVE                                 2,013.86
TRUSTEE COMPENSATION                             181.64
DEBTOR REFUND                                       .00
                       ---------------     ---------------
TOTALS                  2,270.50               2,270.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE